**Janet M. STORK, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 04–3330.

United States Court of Appeals, Federal Circuit.

July 27, 2004.

Kelly B. Blank, Principal Attorney, Washington, DC, Bryant G. Snee, David M. Cohen, of Counsel, Washington, DC, for Respondents.

Janet M. Stork, of Counsel, Yuma, AZ, for Petitioner.

*ORDER*

Janet M. Stork submits correspondence that we treat as an unopposed motion to voluntarily dismiss 04–3330.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.